LEWIS et al., Respondents, v. SNOOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Ceylon H. Lewis and another against Helen J. Snook. No opinion. Motion for leave to appeal to the Court of Appeals granted.

LIGHTOWLER, Respondent, v. DOIG, Appellant. (Supreme Court, Appellate Term. January 7, 1904.) Action by Oliver Lightowler against Emma Doig, personally and as executrix, etc. From a judgment of the City Court for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Sproull, Harmer & Sproull, for appellant. H. B. Philbrook, for respondent.

PER CURIAM. Except to the refusal of the court to dismiss the complaint at the close of plaintiff's case, and at the close of the whole case, not a single exception was taken at the trial before rendition of the verdict. Upon the evidence the case was one for the jury, and it was submitted to the jury under a charge by the court to which no objection was made. The record discloses no reason for disturbing the verdict, which the jury found in favor of the plaintiff. The judgment and order must be affirmed, with costs.

LIVINGSTON, Respondent, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Harris Livingston against the Fidelity & Casualty Company of New York. L. S. Carrere, for appellant. D. S. Myers, for respondent. No opinion. Judgment and order affirmed, with costs.

LOVELAND, Respondent, v. TIDMAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by James B. Loveland against Frederick H. Tidman, as receiver of the Oswego Street Railway Company, and another, impleaded with William T. Mullen.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and of fact. Held that, under the circumstances of this case, the conduct of the jury awarding damages against the receiver of the railroad company for the assault complained of, at the same time that it found a verdict in favor of the defendant Mullen, who was concededly the chief offender in any assault committed, was so inconsistent as to indicate the controlling presence of prejudice, passion, or misunderstanding, and that the interests of justice require a new trial.

LYONS, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Lizzie Lyons against the In-terurban Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

McARDLE, Appellant, v. WOODBURY, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Terence McArdle against John M. Woodbury. W. E. Morris, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McBRIDE, Appellant, v. WENTWORTH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Thomas F. McBride against Plavius J. Wentworth and others. No opinion. Judgment affirmed, with costs.

McCANN, Appellant, v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Edward McCann against the North British & Mercantile Insurance Company of London & Edinburgh. R. M. Sherman, for appellant. L. Levy, for respondent. No opinion. Judgment and order affirmed, with costs.